**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANGELA PROVVISIERO<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>CITIBANK N.A AND EXPERIAN<br>INFORMATION SOLUTIONS, INC.<br><br>　　　　　Defendants. | |

**Case No.: 1:26-cv-1739**

**NOTICE OF REMOVAL OF**
**DEFENDANT CITIBANK, N.A.**

**TO THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK:**

 **PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, defendant Citibank, N.A. ("Citibank") hereby removes the action entitled Angela Provvisiero v. Citibank, N.A. and Experian Information Solutions, Inc., Index No. 705681/2026, pending in the Supreme Court of the State of New York for the County of Queens (the "Action"), to the United States District Court for the Eastern District of New York, on the following grounds:

 1. Removal Is Timely. The Complaint in the Action was received by Citibank on March 5, 2026. Citibank has timely filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b) because it has been filed within 30 days of receipt by Citibank of the Complaint. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings filed in the Action are attached hereto as **Exhibit A**.

 2. This Court Has Federal Question Jurisdiction Over the Action. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Citibank pursuant to the provisions of 28 U.S.C. § 1441. Pursuant to 28 U.S.C. § 1331, original jurisdiction of the district courts includes jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." "An action may

'arise under' a law of the United States if the plaintiff's right to relief necessarily turns on construction of federal law." Bright v. Bechtel Petroleum, Inc., 780 F.2d 766, 769 (1986) (citing Franchise Tax Bd. of Cal. v. Constr. Laborer's Vacation Trust, 463 U.S. 1, 9 (1983)).  Here, Plaintiff purports to assert a claim for violation of the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA") (see Complaint ¶ 1), a claim necessarily arising under the laws of the United States, and subject to this Court's removal jurisdiction under 28 U.S.C. § 1331.  Thus, the removal is proper.

3.     The Court Has Supplemental Jurisdiction Over Any State Law Claims.  To the extent any claims in the Action arise under state law, supplemental jurisdiction over all such claims exists, pursuant to 28 U.S.C. §§ 1367 and 1441(c), because those claims are so related to the FCRA claims that they form part of the same case or controversy.

4.     The Other Named Defendant Has Not Been Served In This Action.  The other named defendant has not been served in this Action.  See 28 U.S.C. § 1446(b)(2)(A) ("When a civil action is removed solely under 1441(a), all defendants who have been properly named and served must join in or consent to the removal of the action.").  Therefore, Citibank may remove this Action.

4.     Venue Is Proper In This Court.  This Court is the proper district court for removal because the Supreme Court of the State of New York for the County of Queens is located within the United States District Court for the Eastern District of New York.  See 28 U.S.C. § 1441(a).

5.     Notice Will Be Effected.  Pursuant to 28 U.S.C. § 1446(d), this Notice of Removal shall be given to adverse parties and a duplicate copy of this Notice of Removal, without exhibits, shall be filed in the Action.

Dated:   New York, NY
         March 24, 2026

**MORGAN, LEWIS & BOCKIUS LLP**


By: */s/ Lauren McCabe*
      Lauren McCabe
      101 Park Avenue
      New York, NY 10178
      Telephone: (212) 309-6000
      Facsimile: (212) 309-6001
      lauren.mccabe@morganlewis.com

      *Attorneys for Citibank, N.A.*

**CERTIFICATE OF SERVICE**

I, Lauren McCabe, am employed at the law office of Morgan, Lewis and Bockius, LLP, a member of the bar of this court at whose direction the service was made and hereby certify under penalty of perjury that on this 24th day of March, 2026, I caused to be served on the following via First Class Mail a copy of Notice of Removal of Defendant Citibank, N.A.:

Laurence I. Cohen, Esq.
Sanders Law Group
333 Earle Ovington Boulevard, Suite 402
Uniondale, New York 11553
Email: lcohen@sanderslaw.group
Office: (516) 203-7600

*Attorney for Plaintiff*
*Angela Provvisiero*

/s/ Lauren McCabe
Lauren McCabe